United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 00-3089 September Term, 2001
 00cr00038-01

 Filed On: November 16, 2001
[638835]
United States of America,
 Appellee

 v.

Antonio L. Venable,
 Appellant

BEFORE: Tatel and Garland, Circuit Judges, and Williams, Senior Circuit Judge.

 O R D E R

 It is ORDERED, sua sponte, that the opinion of the court filed on November 6,
2001, be amended by deleting footnote # 2.

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk